## Fourth Department, January, 1936.

Walter Hagen, Respondent, v. Rochester Red Wing Baseball Club, Incorporated, Appellant; John L. Hicks and Another, Defendants.— Order so far as it orders case put on the calendar reversed, with ten dollars costs and disbursements. The record discloses no basis for an order placing the case upon the trial calendar. The part of the order granting an adjournment is not reviewable and the Special Term will thus have jurisdiction to determine the motion upon the adjourned date. All concur. (The order adjourns a motion for dismissal for delay in prosecution and places case upon the day calendar in an action to recover money had and received.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Anna C. Bowen, Appellant, v. City of Batavia, Respondent; Liberto & Cerullo, Incorporated, and Others, Defendants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered January 6, 1936.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Appointment of Official Referees.— Hon. Clinton T. Horton and Hon. Thomas H. Noonan are appointed official referees.

In the Matter of the Application of Joseph Zito for the Institution of a Disciplinary Proceeding.— Petition dismissed upon the ground that the evidence presented does not support the allegations of the petition. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of Francis J. Janik, an Attorney and Counselor at Law.— Order entered upon consent of respondent suspending him from practice until further order of the court. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.